AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA v. Debbie Jolene Tucker

APPEARANCE

CASE NUMBER: 1:06 M 65 A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Debbie Jolene Tucker

I certify that I am admitted to practice in this court.

7/18/06
*Date*

Richard K Corley
*Signature*

Richard K. Corley — 2965
*Print Name* — *Bar Number*

127 Dorrance St.
*Address*

Providence — RI — 02903
*City* — *State* — *Zip Code*

861-2100 — 861-2139
*Phone Number* — *Fax Number*

m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.